**Robert M. Holley**
**Attorney at Law**
**State Bar No. 50769**
**331 J Street, Suite 200**
**Sacramento, California 95814**
**Telephone:  (916) 443-2213**

**Counsel for JUAN JIMENEZ HERRERA**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CRS 2:10-CR-0416 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER CONTINUING STATUS |
| v.    ) | CONFERENCE |
| ) | |
| **JUAN JIMENEZ HERRERA,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### REASONS FOR REQUEST

　　　This matter is close to a resolution.  Defense counsel needs one more visitation with Mr. Herrera and a Spanish speaking interpreter in the Butte County Jail which will occur Friday, April 29, 2011. Accordingly it is requested that this matter be continued one week by stipulation and order from April 26, 2011 to **Tuesday, May 3, 2011 at 9:30 a.m.**

### STIPULATION

　　For the reasons set forth above, it is hereby stipulated by and between the parties hereto through their respective counsel that the date for status conference in this matter be continued from Tuesday,

April 26, 2011 at 9:30 a.m. to **Tuesday, May 3, 2011 at 9:30 a.m.**

The parties further stipulate that all time included in this continuance be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through May 3, 2011, to give defense counsel further time to conference with his client at the Butte County Jail, all pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) and (iv)(Local Codes T2 and T4).

**Dated: April 25, 2011**

**/s/ *Mr. Michael D. Anderson, Esq.* (by RMH)**
**Assistant United States Attorney**
**Counsel the United States**

**/s/ *Mr. Robert M. Holley, Esq.***
**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for Mr. Herrera**

### ORDER

**GOOD CAUSE APPEARING**, the above calendaring change with respect to the defendant's scheduled status conference, with the stipulated provisions for exclusion of time under the Federal Speedy Trial Act **IS SO ORDERED.**

**Dated: April 25, 2011**

**/s/ John A. Mendez**
**THE HONORABLE JOHN A. MENDEZ**
**United States District Judge**
**for the Eastern District of California**

2