Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-2213

Counsel for JUAN JIMENEZ HERRERA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRS 2:10-CR-0416 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| JUAN JIMENEZ HERRERA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**REASONS FOR REQUEST**

This matter is resolved but the parties needed to change a part of the agreement at the last minute.  So in order to give the Court sufficient time to review the agreement before plea, the parties are requesting that this matter be continued one week to **Tuesday, May 10, 2011 at 9:30 a.m.**  This request is for the continuance by stipulation and order so that the Marshal's need not bring Mr. Herrera down from Butte for an unnecessary court appearance.

**STIPULATION**

For the reasons set forth above, it is hereby stipulated by and between the parties hereto through their respective counsel that the

date for status conference in this matter be continued from Tuesday, from Tuesday, May 3, 2011 at 9:30 a.m. to **Tuesday, May 10, 2011 at 9:30.**

The parties further stipulate that all time included in this continuance be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through May 10, 2011, to give defense counsel further time to conference with his client at the Butte County Jail, all pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) and (iv)(Local Codes T2 and T4).

**Dated: May 2, 2011**

**/s/ *Mr. Michael D. Anderson, Esq.* (by RMH)**
**Assistant United States Attorney**
**Counsel the United States**

**/s/ *Mr. Robert M. Holley, Esq.***
**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for Mr. Herrera**

### ORDER

**GOOD CAUSE APPEARING**, the above calendaring change with respect to the defendant's scheduled status conference, with the stipulated provisions for exclusion of time under the Federal Speedy Trial Act **IS SO ORDERED.**

Dated: May 2, 2011

/s/ John A. Mendez
**THE HONORABLE JOHN A. MENDEZ**
**United States District Judge**
**for the Eastern District of California**